**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GERALD FOX, | : No. 368 WAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| STATE CORRECTIONAL INSTITUTION (SCI) GREENE AND WARDEN OF STATE CORRECTIONAL INSTITUTION (SCI) GREENE, LEWIS FOLINO, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.